# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARRELL FOSHEE** | : | **DOCKET NO. 05-1320** |
| **VS.** | : | **JUDGE MINALDI** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

The court notes that the record contains forms from two of plaintiff's treating physicians indicating that plaintiff meets one or more listings. (Tr. 346-355). This evidence was apparently submitted in the first instance to the Appeals Council. (*See*, Tr. 12).

Within the next 11 calendar days from today, the parties shall file supplemental briefs addressing 1) whether and to what extent we may properly consider this evidence, *Higginbotham v. Barnhart,* 405 F.3d 332 (5th Cir. 2005); and 2) what effect the evidence has on the Commissioner's determination.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of June, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE